**STATE v. BRIDGES**

[333 N.C. 572 (1993)]

STATE OF NORTH CAROLINA v. TIMOTHY SCOTT BRIDGES

No. 407A92

(Filed 7 May 1993)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 107 N.C. App. 668, 421 S.E.2d 806 (1992), affirming the judgment of Johnston, J., at the 1 February 1991 Criminal Session of Superior Court, Mecklenburg County. Heard in the Supreme Court on 14 April 1993.

*Michael F. Easley, Attorney General, by G. Lawrence Reeves, Jr., Assistant Attorney General, for the State.*

*Isabel Scott Day, Public Defender, by Marc D. Towler and Grady Jessup, Assistant Public Defenders, for the defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice PARKER did not participate in the consideration or decision of this case.